Wilson
 
 read an affidavit stating, that at Buncombe Superior Court, Spring term 1833, an action of eject-meat was tried between an Indian, named Te-gan-tos-see, ami Rogers & Brown, that there was a verdict and judgment for fee Plaintiff, from which the Defendant appealed to this Court, but tiie transcript of the record never was sent up ; that the affiant applied to the Clerk of Buncombe Superior Court, (who by special permis
 
 *568
 
 sion of the Court was Defendant’s counsel in the suit,) to know wherefore the record had not been sent up, to which the Clerk replied that he would not send it, because the Judge had not made a correct statement of the case, or words of a similar import. The affiant further swore, that at the last Superior Court of Buncombe, ho applied to the Clerk to make out the case for the Supreme Court, but that it wasnot
 
 done;
 
 he then delivered to the Clerk a letter from one of the Plaintiif’s counsel, which affiant first read; this letter demanded that the record should be made out without delay, but it has not yet been done.
 

 On this affidavit,
 
 Wilson
 
 moved for a rule on the Clerk, to shew cause wherefore an attachment should not issue against him for a contempt, which the Court granted.